IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 97-11369
Conference Calendar

MUQTASID A. QADIR,

Plaintiff-Appellant,

versus

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL
DIVISION; WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; ALEXANDER C.
KALMANOV; MCCONVILLE, Nurse; PETERSON, Nurse,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-2
- - - - - - - - - -

February 10, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Muqtasid Qadir (TDCJ #743563) appeals the district court's summary-judgment dismissal of his pro se and in forma pauperis (IFP) civil rights complaint wherein he alleged the denial of adequate medical. Qadir argues that the district court abused its discretion by (1) granting summary judgment without allowing

---

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

him additional discovery; (2) denying his motion to compel the production of documents; and (3) denying his motion for a temporary injunction.

With regard to Qadir's first two arguments, we have reviewed the records and the briefs of the parties and find no reversible error. Accordingly, we AFFIRM. See Qadir v. TDCJ et al., No. 7:97-CV-002-X (N.D. Tex., Nov. 21, 1997). Qadir's argument that the district court should have granted him a temporary injunction is MOOT in light of the district court's dismissal of the complaint. See Cypress Barn, Inc. v. Western Elec. Co., 812 F.2d 1363, 1364 (11th Cir. 1987).

AFFIRMED.